

Myer S. Messinger, Esquire
mmessinger@fclawpc.com

Results Matter. Client Focused.

May 22, 2023

Honorable Malachy E. Mannion
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Ave.
P.O. Box 914
Scranton, PA 18501

   **RE:** **Our Client** **: Dennelle Ripka**
      **Date of Loss** **: November 12, 2018**
      **Our File Number** **: 18-000794**

Dear Judge Mannion:

 I am writing to inform you that the above-captioned action has settled. All issues between the parties have fully resolved and this matter can be dismissed and/or discontinued with prejudice.

 Please let me know if you require anything further. Thank you for your courtesy and attention to this correspondence.

        Very truly yours,

        **FELLERMAN & CIARIMBOLI LAW, P.C.**

      BY: _____
        Myer S. Messinger, Esq.
        Fellerman & Ciarimboli Law, P.C.
        183 Market Street, Suite 200
        Kingston, PA 18704
        *Counsel for Plaintiff*

MM:oo
Cc: Nancy Nolan, Esquire

183 Market Street, Suite 200, Kingston PA 18704  -  436 Biden Street, Suite 100, Scranton PA 18503
555 East Lancaster Ave, Suite 100, Radnor PA, 19087 - 2101 Market Street, Suite 303, Philadelphia PA 19103

Phone: 570.718.8396 Fax: 570.714.7255 Fellermanlaw.com